IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
EASTERN DIVISION

No. 4:06-CR-33-1BO

| | |
|---|---|
| FREMANDEUS C. WILLIAMS, Petitioner, | ) ) ) |
| v. | ) ORDER ) |
| UNITED STATES, Respondent. | ) ) ) ) |

This matter is before the Court on Petitioner's Motion for Reduction of Sentence (DE # 115) and the Government's Motion to Seal (DE # 120).

Notice is hereby given to the Petitioner that the Court intends to construe Petitioner's Motion as a Motion to Vacate, Set Aside or Correct a Sentence pursuant to 28 U.S.C. § 2255. The Court warns the Petitioner of the effects of filing a motion pursuant to § 2255 and advises him as to the requirements of § 2255. Having notified the Petitioner of the implications of § 2255 on the instant Motion, pursuant to *Castro v. United States*, 540 U.S. 375, 377, 383 (2003), the Motion (DE #115) is DISMISSED WITHOUT PREJUDICE. Should the Petitioner wish to file a Motion to Vacate, Set Aside or Correct pursuant to 28 U.S.C. § 2255 in the future, he should do so on the appropriate forms which are available from the Clerk.

The Government's Motion to Seal is GRANTED.

SO ORDERED, this 3 day of May, 2011.

TERRENCE W. BOYLE
UNITED STATES DISTRICT JUDGE