UNITED STATES DISTRICT COURT
for the
EASTERN DISTRICT OF NORTH CAROLINA

U.S.A. vs. Fremandeus C. Williams    Docket No. 4:06-CR-33-1BO

## Petition for Action on Supervised Release

COMES NOW Michael W. Dilda, U.S. Probation Officer of the court, presenting a petition for modification of the Judgment and Commitment Order of Fremandeus C. Williams, who, upon an earlier plea of guilty to Armed Bank Robbery and Aiding and Abetting, in violation of 18 U.S.C. §§ 2113(a), (d), and 2, and Use and Carry a Firearm During and in Relation to a Crime of Violence and Aiding and Abetting, in violation of 18 U.S.C. §§ 924(c)(1)(A) and 2, was sentenced by the Honorable Terrence W. Boyle, United States District Judge, on May 28, 2008, to the custody of the Bureau of Prisons for a term of 204 months. It was further ordered that upon release from imprisonment the defendant be placed on supervised release for a period of 5 years.

Fremandeus C. Williams was released from custody on February 4, 2021, at which time the term of supervised release commenced.

## RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:

On February 23, 2021, the defendant submitted to a drug test and acknowledged he last used marijuana on February 10, 2021. The drug test produced positive results for marijuana and Williams signed an admission form documenting the same. The defendant has agreed to report for a substance abuse evaluation and follow up as directed with any recommended treatment, as we would respectively recommend modifying his supervision conditions to include the same. The defendant signed a Waiver of Hearing agreeing to the proposed modification of supervision.

**PRAYING THAT THE COURT WILL ORDER** that supervised release be modified as follows:

1. The defendant shall participate as directed in a program approved by the probation office for the treatment of narcotic addiction, drug dependency, or alcohol dependency which will include urinalysis testing or other drug detection measures and may require residence or participation in a residential treatment facility.

Except as herein modified, the judgment shall remain in full force and effect.

Reviewed and approved,    I declare under penalty of perjury that the foregoing is true and correct.

/s/ Dewayne L. Smith
Dewayne L. Smith
Supervising U.S. Probation Officer

/s/ Michael W. Dilda
Michael W. Dilda
U.S. Probation Officer
150 Reade Circle
Greenville, NC 27858-1137
Phone: 252-830-2342
Executed On: March 1, 2021

Fremandeus C. Williams
Docket No. 4:06-CR-33-1BO
Petition For Action
Page 2

## ORDER OF THE COURT

Considered and ordered this ___2___ day of ___March___, 2021, and ordered filed and made a part of the records in the above case.

_/s/ Terrence Boyle_
Terrence W. Boyle
United States District Judge